IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:

    Thomas Lyn Wells          Case Number 15-31802-KRH
         Debtor                    Chapter 7

ORDER

This cause came to be heard upon the motion of Thomas Lyn Wells ("Debtor") to Re-open this Chapter 7 case and to Extend the Time to File a reaffirmation Agreement.

It appearing to the Court that the Debtor is entitled to Re-open this Chapter 7 case, it is hereby,

ORDERED that the Motion of Debtor to Re-Open this Chapter 7 case is hereby granted.

It is further ORDERED that the debtor's motion to extend the time to filing the Reaffirmation Agreement and Statement in Support of Reaffirmation Agreement is granted.

Sep 10 2015

/s/ Kevin R Huennekens
_____
U. S. Bankruptcy Judge

Date:_____

Entered on Docket:9/10/15

I ask for this:

/s/ Linda D. Jennings
Linda D. Jennings, Esq., VSB# 19455
America Law Group
Debtor's Counsel
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428

LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

/s/ Linda D. Jennings
Linda D. Jennings, Esq